IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALDEN WELCH RUML

Criminal No.: 26-cr-10064-NMG

**JOINT INITIAL STATUS REPORT AND
MOTION FOR ORDER OF EXCLUDABLE DELAY**

Defendant Alden Ruml was indicted by a grand jury on March 12, 2026 on one count of transmitting in interstate commerce a threat to injure another. Ruml was arrested and arraigned on March 13, 2026. Pursuant to Local Rule 116.5(a), the parties hereby file the following joint initial status report prepared in connection with the initial status conference scheduled for April 14, 2026.

1) Automatic Discovery / Additional Discovery / Discovery Requests

The government provided automatic discovery to the defendant on March 20, 2026. The government anticipates making further productions of material obtained through search warrants. There are no pending discovery requests. At this time, the defendant and his counsel are reviewing discovery and reserve the need for further discovery requests.

2) Protective Order

A protective order has not been entered in this case. The government may seek a protective order in the future.

3)  Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendant reserves the right to file such a motion or motions after additional review of the discovery.

4)  Expert Discovery

The parties agree that deadlines for expert disclosures should be established at a later conference.

5)  Speedy Trial Act

All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment through April 14, 2026. The parties request that the time be excluded from April 14, 2026 until the next status conference in this matter.

6)  Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for November 22, 2021, be canceled. The parties request that an interim status conference be scheduled in approximately 45 days.

Respectfully submitted,

| ALDEN RUML<br><br>By his attorneys,<br><br>*/s/ Daniel N. Marx*<br>Daniel N. Marx<br>William W. Fick<br>Fick & Marx LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>857-321-8360 | LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Chris Looney*<br>Christopher Looney<br>Assistant U.S. Attorneys<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100 |
|---|---|

Dated: April 7, 2026

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused this document to be filed through the ECF system on April 7, 2026.

*/s/ Christopher Looney*
CHRISTOPHER LOONEY