IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALDEN WELCH RUML,

          Defendant.

Criminal No.: 26-cr-10064-NMG

**JOINT INTERIM STATUS REPORT AND
MOTION FOR ORDER OF EXCLUDABLE DELAY**

Defendant Alden Ruml was indicted by a grand jury on March 12, 2026 on one count of transmitting in interstate commerce a threat to injure another. Ruml was arrested and arraigned on March 13, 2026. Pursuant to Local Rule 116.5(b), the parties hereby file the following joint initial status report prepared in connection with the initial status conference scheduled for May 19, 2026.

1) Automatic Discovery / Additional Discovery / Discovery Requests

The government provided automatic discovery to the defendant on March 20, 2026. The government anticipates that it will be making a production of additional discovery materials obtained through search warrants.

There are no pending discovery requests. At this time, the defendant and his counsel are reviewing discovery and reserve the need for further discovery requests.

2) Protective Order

A protective order has not been entered in this case. The government may seek a protective order in the future.

3) Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendant reserves the right to file such a motion or motions after additional review of the discovery.

4) Expert Discovery

The parties agree that deadlines for expert disclosures should be established at a later conference.

5) Defenses of Insanity, Public Authority, or Alibi

The defendant presently does not intend to assert a defense of insanity, public authority, or alibi.

6) Speedy Trial Act

All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment through May 19, 2026. The parties request that the time be excluded from May 19, 2026 until the next status conference in this matter.

7) Status of Plea Discussions and Likelihood of Trial

The parties have had a preliminary discussion regarding a plea disposition. At this time, it is uncertain whether a trial is likely in this case.

8) Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for May 19, 2026, be canceled. The parties request that an interim status conference be scheduled in approximately 30 days.

Respectfully submitted,

| | |
|---|---|
| ALDEN RUML<br><br>By his attorneys,<br><br>*/s/ Daniel N. Marx*<br>Daniel N. Marx<br>William W. Fick<br>Fick & Marx LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>857-321-8360 | LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Chris Looney*<br>Christopher Looney<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: May 11, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused this document to be filed through the ECF system on May 11, 2026.

*/s/ Christopher Looney*
CHRISTOPHER LOONEY

3